### CLACK v. STATE.
5 Div. 962.

Court of Appeals of Alabama.
May 7, 1935.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The indictment in the case is in all things regular and properly charges the offense of which the defendant was convicted.

The bill of exceptions fails to disclose any exceptions of merit.

Refused charge 1, being the only charge refused to defendant, is elliptical, and for that reason was properly refused.

We find no error in the record, and the judgment is affirmed.

Affirmed.